and declaring the validity of the chattel mortgage as against the plaintiffs.

*Reversed and remanded with directions.*

FRIEND, P. J. and BURKE, J., concur.

## Wanda Swift, Plaintiff-Appellee, v. Junior Swift, Defendant-Appellant.

Gen. No. 10,622.

L. W. Menzimer, for appellant; Dale F. Conde, of counsel; Lawrence F. O'Brien, and John W. Hicklin, for appellee. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full. Opinion filed January 29, 1953; released for publication February 18, 1953.

## In the Matter of Estate of Maria Meyer, Incompetent. La Salle National Bank, Conservator of Estate of Maria Meyer, Incompetent, Appellee, v. Ruth B. Ransom, Appellant.

Gen. No. 45,788.

Ransom & Ransom, for appellant; Robert C. Ransom, of counsel; Nicholson & Nisen, for appellee; John R. Nicholson, and David V. Flynn, of counsel. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full. Opinion filed February 2, 1953; rehearing denied February 20, 1953; released for publication February 20, 1953.

Chicago Macaroni Company, Inc., Appellant, v. Anthony V. Monardo and Bennie Monardo, Trading as Monardo Brothers, Appellees.

Gen. No. 45,834.

Edward I.

242